RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 10 2014

JAMES N. HATTEN, Clerk
By: [signature]

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

R. JAMES PROPERTIES
a/a/f REGAL HEIGHTS APARTMENT
REGAL HEIGHTS PARTMENT
2640 CAMPBELLTON ROAD SW
ATLANTA, GA. 30311

**RWS**

**PLAINTIFF**

VS.

FEDERAL COURT

**1 14-CV-1802**

MAGISTRATE COURT
14DE007130

SHEILA BROWN
AND ALL OCCUPANTS
2640 CAMPBELLTON ROAD SW
APARTMENT A-15
ATLANTA, GA. 30311

**DEFENDANT**
Intervener pursuant to OCGA 9-11-24

### PETITION FOR REMOVAL OF ACTION
WITH A FEDERAL STAY OF EVICTION PURSUANT TO
28 USCA 1446 (D)

The petitioner respectfully petitions this court for removal of action.
COMES NOW Sheila Brown, petitioner as above stated and petitions this court for

removal of action from the Magistrate Court of Fulton County. This petition is set

forth on the following grounds;

1.

The Respondent did violate 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure: and having a legal duty to abort eviction pursuant to O.C.G.A. 51-1-6.

2.

The Magistrate Court of Fulton County Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

3.

The Magistrate Court of Fulton County Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

WHEREFORE the Petitioner demands the following relief

- This honorable Court remove this case from the Magistrate Court of Fulton County.
- This honorable Court afford adequate discovery.
- This honorable Court relief this Court deems just and proper.

## VERIFICATION
### (Affidavit)

The undersigned Affiant Sheila Brown by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

*[signature]*
Sheila Brown
Petitioner
Pro se

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CERTIFICATE OF SERVICE

I Sheila Brown hereby certify that a copy of the foregoing Petition Notice Of Removal has been served via U.S. Mail to the Following(s):

R. JAMES PROPERTIES A/A/F REGAL HEIGHTS APT.
REGAL HEIGHTS APARTMENT
2640 CAMPBELLTON ROAD SW
ATLANTA, GA. 30311

_Sheila Brown_
Sheila Brown
and all others
(Pro Se)
2640 Campbellton Road Sw Apt. A15
Atlanta, GA. 30311

This 9th day of June 2014

# MAGISTRATE COURT OF FULTON COUNTY     CASE # 14DE007130
## PROCEEDING AGAINST TENANT HOLDING OVER     EXPEDITED

R. JAMES PROPERTIES A/A/F REGAL HEIGHTS APTS
REGAL HEIGHTS APTS
2640 CAMPBELLTON ROAD SW
ATLANTA GA 30311 4043490877

Ga. Bar. No. 001460   **FRED RUSHING**
PDQ   Evict # 575229

**VS**

SHEILA BROWN, , , , ,

AND ALL OTHER OCCUPANTS
2640 CAMPBELLTON ROAD SW APT. A15
ATLANTA GA 30311

You may Answer this dispossessory online at dispoanswer.com. All answers must be electronically filed by 5:00 P.M. on or before the last day to answer this summons. A service charge applies.

1. Defendant is in possession as tenant of premises at the address in Fulton County as stated.
2. Affiant is the ATTORNEY-IN-FACT of the owner of said premises.
3. Tenant: TENANT FAILS TO PAY THE RENT WHICH IS PAST DUE
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, plaintiff DEMANDS:

(a) Possession of the premises

(b) Past due rent of 499.00 for the month(s) of MAY

(c) Rent accruing up to the date of judgment or vacancy at the rate of 499.00 per month

(d) Other: COURT COSTS OF: $56.50 - PLUS LATE FEES OF $50.00; UTILITIES $84.68; WARRANT FEE: $230.00; OTHER FEES: $0.00(0)

"By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct."

Affiant: Deborah L. Gibbs     5/19/2014

## SUMMONS

**TO THE MARSHAL** of the Magistrate Court of Fulton County or his lawful deputies and to the Sheriff of Fulton County or his lawful deputies.

**GREETINGS:** The defendant(s) herein is/are commanded and required personally or by attorney to appear in Room TG400, Justice Tower, 185 Central Avenue S.W. Atlanta, Georgia between 8:30 A.M. and 5:00 P.M. on or before the SEVENTH day from the date of service of the within affidavit and summons (or on the first business day thereafter IF the seventh day falls on Saturday or Sunday or legal holiday) to answer the affidavit in writing or orally in person. You may also answer online at dispoanswer.com. If the answer is NOT made, a Writ of Possession shall issue instanter.

**WITNESS** the Honorable Chief Judge of said Court: The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. 44-7-50 and summons issues pursuant thereto.

Deputy Clerk: Joviera Humphrey     Issued on: **5/19/2014**

## PRIVATE PROCESS SERVER AFFIDAVIT OF SERVICE

I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of same;
(X) PERSONALLY  ( ) NOTORIOUSLY (NAME) _____ Age _____ Wt. _____ Ht. _____
( ) DEFENDANT NOT FOUND AT WITHIN ADDRESS ON SAID SUMMONS AND AFFIDAVIT
( ) TACK & MAIL By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE: May 21 2014     DEFENDANT TO ANSWER ON OR BEFORE: May 28 2014

"By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct."

**Professional Process Server:**

## WRIT OF POSSESSION

You are hereby commanded to remove said Defendant(s) together with his property therein from said house and premises and to deliver full and quiet possession of same to Plaintiff herein. THIS _____
PER ORDER DATED _____ JUDGE
TENANT:   { }VACATED   { }EJECTED   { }SETTLED W PLAINTIFF   { }HELD UP   { }LABOR
DATE: _____     _____ DEPUTY MARSHAL

# MAGISTRATE COURT OF FULTON COUNTY

Dispossessory Division
185 Central Avenue, SW
Atlanta, Georgia 30303
(404) 613-5078

_____
PLAINTIFF

VS                                                     FILE# __14D cc 7130_____

_____
DEFENDANT

## ANSWER

_____ I am the Defendant. I state the following in response to Plaintiff's claim:
_____ The Plaintiff is not my landlord.
_____ My landlord did not give me proper notice that my lease or rental agreement was terminated or that I had to move before filing this lawsuit.
_____ My landlord terminated my lease without a valid reason.
_____ I do not owe any rent to my landlord.
_____ I offered to pay my rent on or before the date I usually pay, but my landlord refused to accept it.
_____ My landlord would not accept my rent and the cost of this warrant.
_____ My landlord failed to repair the property. This failure has lowered its value or resulted in other damages more than the rent claimed.
_____ My landlord is not entitled to evict me or secure a money judgment for the following additional reasons: _____
_____
_____

## COUNTERCLAIM

_____ My landlord owes me $ _____ for the following reasons:
_____ My landlord failed to repair my property. Due to this failure, its value has been reduced $ _____ each month for _____ months.
_____ Since my landlord failed to make requested repairs, I made these repairs that cost $ _____.
_____ My landlord's failure to repair resulted in damages of $ _____ to my person/property.

WHEREFORE, I ask this Court to:

(a) Dismiss Plaintiff's lawsuit with all costs assessed against Plaintiff.
(b) Enter a judgment in favor and against Plaintiff; and
(c) Grant such other and further relief and the Court deems just and proper.

Sworn to and subscribed before me

_____
DEFENDANT

This ____ day of ___May___, 2014

_____
DEPUTY CLERK, MAGISTRATE COURT of FULTON COUNTY

**ALL PARTIES SHOULD APPEAR IN COURT 15 MINUTES EARLY**

## NOTICE OF TRIAL DATE

The Plaintiff and Defendant are required to appear for trial on:

DATE _06_/_05_/_14_   TIME: _9:00_ A.M./P.M., COURTROOM 1B   JUSTICE CENTER TOWER
185 Central Avenue, SW
Atlanta, Georgia 30303

IF YOU HAVE AN ATTORNEY, PLEASE NOTIFY SAME TO BE PRESENT WITH YOU.

_____ DEFENDANT          _____ DEPUTY CLERK

Plaintiff's Copy   Picked up ( )   Mailed ( ) _____